AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of the BKPL-EG Series N Trust<br><br>*Plaintiff(s)*<br><br>v.<br><br>Tad J. Franks<br>Dawn M. Franks<br>Kent County Memorial Hospital<br><br>*Defendant(s)* | Civil Action No. 1:23-cv-00169-JJM-PAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tad J. Franks
2907 W. Shore Road
Warwick, RI 02886

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Demerle Hoeger LLP
c/o David A. Shaw
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 28, 2023

/s/ Hanorah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00169-JJM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)*
**Dawn M Franks**, a person of suitable age and discretion who resides there,
on *(date)* **5/17/23**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **10.—** for travel and $ **45** for services, for a total of $ **55.—** 0.00

I declare under penalty of perjury that this information is true.

Date: **5/17/23**

*Server's signature*

**Anthony Curreri**
*Printed name and title*
**RI Constable**

**P.O. Box 406 Sunderstown RI**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

U.S. Bank Trust National Association, as Trustee of the BKPL-EG Series N Trust

*Plaintiff(s)*

v.

Tad J. Franks
Dawn M. Franks
Kent County Memorial Hospital

*Defendant(s)*

Civil Action No. 1:23-cv-00169-JJM-PAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dawn M. Franks
2907 W. Shore Road
Warwick, RI 02886

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Demerle Hoeger LLP
c/o David A. Shaw
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 01, 2023

/s/ Hanorah Tver-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00169-JJM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* 2907 W. Shore Road
on *(date)* 5/17/23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ 45.— for services, for a total of $ 45.00

I declare under penalty of perjury that this information is true.

Date: 5-17-23

*Server's signature*

Anthony Curvei
*Printed name and title*
RI Constable

P.O Box 806, Saunderstown
*Server's address*
RI

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

U.S. Bank Trust National Association, as Trustee of the BKPL-EG Series N Trust

*Plaintiff(s)*

v.

Tad J. Franks
Dawn M. Franks
Kent County Memorial Hospital

*Defendant(s)*

Civil Action No. 1:23-cv-00169-JJM-PAS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kent County Memorial Hospital
c/o Agent: Suzanne Duni Briggs, JD, RN, BSN
455 Toll Gate Road, Risk Management Dept
Warwick, RI 02886

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Demerle Hoeger LLP
c/o David A. Shaw
10 City Square
Boston, MA 02129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 28, 2023

/s/ Hannah Tyer-Witek
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00169-JJM-PAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* Kent _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Agent Suzanne Duni Briggs, who is designated by law to accept service of process on behalf of *(name of organization)* Kent County Hospital on *(date)* 5-17-23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 10.— for travel and $ 45 for services, for a total of $ 55 0.00

I declare under penalty of perjury that this information is true.

Date: _____

Anthony Curre
Server's signature

Anthony Curre
Printed name and title
RI Constable

P.O. Box 606, Szunderstown RI
Server's address

Additional information regarding attempted service, etc: