UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. Bank Trust National Association, as Trustee of the BKPL-EG Series N Trust<br><br>     Plaintiff,<br><br>v.<br><br>Tad J. Franks<br>Dawn M. Franks<br>Kent County Memorial Hospital<br>    Defendants, | Civil Action No. 1:23-cv-00169-JJM- PAS<br><br>August 7, 2024 |

<u>DISCLOSURE STATEMENT AS TO U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE FOR THE BKPL-EG SERIES N TRUST</u>

     Pursuant to Rule 7.1(a)(2), Fed.R.Civ.P., the undersigned hereby discloses that U.S. Bank Trust, National Association, is a national banking association organized and operating under the National Bank Act (12 U.S.C. § 21, et seq.) and is subject to the regulation and supervision of the Comptroller of the Currency of the United States Department of the Treasury.  U.S. Bank Trust, National Association is the Trustee of the BKPL-EG Series N Trust, a Delaware Statutory Trust.

     Neither U.S. Bank Trust nor the Bungalow Series IV Trust are LLCs.

Respectfully submitted,
U.S. Bank Trust National Association as
Trustee of the BKPL-EG Series N Trust,
by its attorney,

_/s/ David A. Shaw_
David A. Shaw, Esq. (3497)
Demerle & Associates, LLC
10 City Square
Boston, MA 02129
(617) 337-4444

## CERTIFICATE OF SERVICE

I, David A. Shaw, Esq., hereby certify that I have this 7th day of August, 2024,

served the foregoing via the electronic court filing service (ECF) on all parties of record.

/s/ David A. Shaw
David A. Shaw, Esq. (3497)