UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| U.S. BANK TRUST N.A., as Trustee<br>Of the BKPL-EG Series N Trust<br>　　Plaintiff,<br><br>　　v.<br><br>TAD J. FRANKS, et al.,<br>　　Defendants. | C.A. No. 23-cv-169-MRD-PAS |

# TRIAL ORDER

This case is ready for trial.  On or before August 27, 2025, the parties are to meet and confer and file a joint Notice that states the following:

1. How many total trial days (assume full days) will it take for the case to be tried?

2. How many witnesses does each side intend to call with a list of the witnesses for each side, and the approximate time for direct and cross for each witness?

3. Are there any outstanding issues that need to be resolved before this case can be tried?

4. What efforts have been made to mediate this case?  Would a referral to mediation possibly resolve this case?

5. Are there any dates between now and November 30, 2025, when the attorneys or witnesses are *unavailable* for trial?

All counsel and parties are notified that this case may be called for trial at any time.

IT IS SO ORDERED.

*/s/ Melissa R. DuBose*
_____
Melissa R. DuBose
United States District Judge

Date: August 13, 2025